**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CRAIG WILLIAM FRAZIER,

Defendant - Appellant.

No. 15-30135

D.C. No. 4:06-cr-00030-SEH-1

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted August 12, 2016[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Frazier appeals from the district court's order denying his "Rule 60(b) and

3582 Motion to Reduce Sentence."  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Frazier's counsel has filed a brief stating that there are no grounds for

relief, along with a motion to withdraw as counsel of record.  We have provided

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Frazier the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.